United States District Court
Southern District of Texas
**ENTERED**
November 26, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Claudia Valadez, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 4:24-cv-02950 |
| v. | § § | |
| City of Jacinto City, TX, Jose Juarez-Aguilera, and J.M. Ayala, | § § § | |
| *Defendants.* | § § | |

## ORDER OF NON-COMPLIANCE AND RESETTING RULE 16 CONFERENCE

On October 29, 2024, this Court entered a non-compliance order, because proof of timely service of the Defendants had not been filed with the Court. Dkt. 6. There is still no proof of service. Absent timely service, this case may be dismissed.

Given the lack of service, it is **ORDERED** that the initial conference is hereby **RESCHEDULED** for

**February 7, 2025**
at 10:30 a.m.
by Zoom.

The parties are reminded that they must confer per Fed. R. Civ. P. 26(f) and submit a Joint Discovery Case Management Plan to this Court at least ten days before the conference date. *See* Dkt. 4. Failure to comply may result in

sanctions, including dismissal of the action and assessment of fees and costs. *See id.* at 2.

Signed on November 26, 2024, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge