United States District Court
Southern District of Texas
**ENTERED**
February 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CLAUDIA VALADEZ, § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-02950 |
| § § | |
| CITY OF JACINTO CITY, TX, *et al.*, § § | |
| Defendants. § | |

## ORDER

Before the Court is Plaintiff's Response in Opposition to Defendants' Motion to Dismiss (the "Response"). Doc. #19. The Court finds that the Response does not comply with Rule B.5(e) of this Court's Procedures and Practices. Specifically, absent leave of the Court for extended briefing, response briefs must not exceed twenty (20) pages in length, including the case style, any table of contents or authorities, and signature block. Accordingly, it is hereby ORDERED that the Response (Doc. #19) be STRICKEN from the record.

Plaintiff may refile her amended Response in accordance with Rule B.5 within seven (7) days of the entry of this order.

It is so ORDERED.

FEB 0 3 2025
Date

The Honorable Alfred H. Bennett
United States District Judge