United States District Court
Southern District of Texas
**ENTERED**
February 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Claudia Valadez, | § § § § § | |
| *Plaintiff,* | § | Civil Action No. 4:24-cv-02950 |
| v. | § § | |
| City of Jacinto City, TX, Jose Juarez-Aguilera, and J.M. Ayala, | § § § § | |
| *Defendants.* | § | |

## SCHEDULING ORDER

1. <u>July 11, 2025</u>   **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
Party requesting joinder will furnish a copy of this scheduling order to new parties.

   **EXPERTS**

2a. <u>August 1, 2025</u>   Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

2b. <u>September 5, 2025</u>   Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

   **DISCOVERY**

3. <u>December 8, 2025</u>   Counsel may, by agreement, continue discovery beyond the deadline. No continuance will be

|   |   |   |
|---|---|---|
|   |   | granted because of information acquired in post−deadline discovery. |

**MOTIONS DEADLINE**

4.  January 23, 2026   Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date). The motion deadline may not be changed by agreement.

**JOINT PRETRIAL ORDER**

5a.  May 1, 2026   THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with an electronic copy.)

5b.  May 15, 2026   THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date.

6.  May 29, 2026   **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A.

7.  June 1, 2026   **TRIAL** is set at 9:00 a.m. in Courtroom 9A.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on February 7, 2025, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge