United States District Court
Southern District of Texas
**ENTERED**
February 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLAUDIA VALADEZ | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:24-cv-02950 |
| | § | |
| CITY OF JACINTO CITY, TEXAS, J.M. | § | |
| AYALA and JOSE JUAREZ-AGUILERA, in | § | |
| their individual capacities, | § | |
| *Defendants*. | § | |

## ORDER

Defendants City of Jacinto City, Texas, J.M Ayala and Jose Juarez-Aguilera Unopposed Motion for Extension of Time to reply to Plaintiff's amended response in opposition to Defendants' motion to dismiss is **GRANTED**. It is therefore;

**ORDERED** that the deadline for Defendants City of Jacinto City, Texas, J.M Ayala and Jose Juarez-Aguilera to reply to Plaintiff's amended response in opposition to Defendants' motion to dismiss be extended seven days from its current due date of February 18, 2025 to February 25, 2025.

**SIGNED** this ___ day of FEB 1 9 2025, 202_.

_____
JUDGE ALFRED H. BENNETT

152717088.1