UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CLAUDIA VALADEZ, § § Plaintiff, § § VS. § CIVIL ACTION NO. 4:24-CV-02950 § CITY OF JACINTO CITY, TX, *et al.*, § § Defendants. § | |

### FINAL JUDGMENT

In an Order issued simultaneously with this Final Judgment, the Court granted Defendants the City of Jacinto City, Texas, Jose Juarez-Aguilera, and J.M. Ayala's Motion to Dismiss (Doc. #14). Accordingly, the Court determines that Final Judgment should be entered in this matter and renders this Final Judgment pursuant to Federal Rule of Civil Procedure 58.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT Plaintiff Claudia Valadez's claims are DISMISSED WITH PREJUDICE.

This is a Final Judgment disposing of all claims of all parties.

JUN 2 5 2025
Date

The Honorable Alfred H. Bennett
United States District Judge